T. ELLETT HODGSKIN, as Assignee for the Benefit of Creditors of THE ROGERS MANUFACTURING COMPANY, Respondent, *v.* CHARLES E. PELL et al., Appellants.

*Rogers* v. *Pell,* 47 App. Div. 240, affirmed.
(Argued June 10, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Henry G. Atwater, Thaddeson D. Kenneson* and *Andrew Shiland* for appellants.

*John Larkin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.